## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA S. FERRAND | * | CIVIL ACTION |
| | * | |
| | * | NO. 2016-13457 |
| VERSUS | * | |
| | * | JUDGE: ENGELHARDT |
| ACADIA HEALTHCARE COMPANY, INC., | * | |
| CROSSROADS REGIONAL HOSPITAL, LLC | * | MAG. KNOWLES |
| and CROSSROADS REGIONAL HOSPITAL, LLC | * | |
| OF LOUISIANA | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO F.R.C.P. 41

**NOW INTO COURT** through undersigned counsel, comes plaintiff, Pamela S. Ferrand, who pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and upon showing that the Defendants, Acadia Healthcare Company, Inc., Crossroads Regional Hospital, LLC and Crossroads Regional Hospital, LLC of Louisiana, have not answered or filed a Motion for Summary Judgment or any other responsive pleadings, and hereby dismiss the above-captioned matter *without* prejudice.

Respectfully submitted:

*/s/ Frank E. Lamothe III*
FRANK E. LAMOTHE, III (LA Bar#07945)
RICHARD M. MARTIN, JR. (LA Bar #08998)
**LAMOTHE LAW FIRM, LLC**
400 Poydras Street, Suite 1760
New Orleans, Louisiana 70130
Telephone: (504) 704-1414
felamothe@lamothefirm.com
rmartin@lamothefirm.com
*Attorneys for Plaintiff, Pamela S. Ferrand*